UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FREDRICK MARTINEZ,<br><br>    Petitioner,<br>v.<br><br>STATE OF NEVADA, et al.,<br><br>    Respondents. | Case No. 3:13-cv-00593-MMD-VPC<br><br>ORDER |

This action was opened by the Clerk of Court as an action for a writ of habeas corpus by a state prisoner, pursuant to 28 U.S.C. § 2254. Petitioner has submitted an application to proceed *in forma pauperis.* (Dkt. no. 1.) Petitioner has also submitted a motion for the appointment of counsel. (Dkt. no. 1-1.) However, no petition has been submitted. Unless an issue of federal constitutional or statutory law is implicated by the facts presented, there is no cognizable claim under federal habeas corpus. *Estelle v. McGuire*, 502 U.S. 62, 68 (1991). As there is no operative pleading – no petition – filed in this action, it will be dismissed without prejudice to filing a petition as a new action.

It is therefore ordered that this action is dismissed without prejudice for failure to present a habeas corpus petition.

It is further ordered that all pending motions, including the application to proceed *in forma pauperis* (dkt. no 1) and the motion for appointment of counsel (dkt. no. 1-1) are denied.

It further is ordered that the Clerk of Court shall send petitioner two (2) copies each of an application form to proceed *in forma pauperis* for incarcerated persons and a

noncapital Section 2254 habeas petition form, and one (1) copy of the instructions for each form.

It is further ordered that petitioner may file a petition and *in forma pauperis* application in a new action, but he may not file further documents in this action.

It is further ordered that the Clerk of the Court shall enter judgment accordingly.

It is further ordered that a certificate of appealability is denied. Reasonable jurists would not find the dismissal of the improperly-commenced action without prejudice to be debatable or wrong.

DATED THIS 3rd day of February 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE