AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

FREDRICK MARTINEZ,

           Petitioner,

V.

STATE OF NEVADA, et al.,

           Respondents.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:13-cv-00593-MMD-VPC**

___    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice for failure to present a habeas corpus petition.

    _February 3, 2014_                      **LANCE S. WILSON**
                                                Clerk

                                    _/s/ D. R. Morgan_____
                                          Deputy Clerk